JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY EQUIPMENT FINANCE,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>           Defendant. | Case No.  CV 14-7534-GW(AGRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that all claims that were or could have been asserted by the parties in the above-captioned matter against each other have been resolved and settled. Key's claims against FedEx are hereby dismissed with prejudice. FedEx's counterclaims against Key are hereby dismissed with prejudice. Each party shall bear its own costs. The Court shall retain jurisdiction, if necessary, to enforce the Settlement Agreement and Mutual Release between the parties.

IT IS SO ORDERED.

Dated: August 2, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE